■ In the Matter of PHILLIP TORRES, Petitioner, v CAROL BERKMAN, Respondent. [817 NYS2d 196]—Application for an order pursuant to article 78 of the Civil Practice Law and Rules denied, the cross motion granted and the petition dismissed, without costs or disbursements. All concur. No opinion. Order filed. Concur—Buckley, P.J., Sullivan, Williams, Catterson and McGuire, JJ.